MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 1/26/12 |
| Judge: | James S. Gwin |
| Case No.: | 1:11cv02474 |
| Court Reporter: | None |

STATE OF OHIO, EX REL,              )
                                                      )
    Plaintiff,              )
                                                      )
vs.              )
                                                      )
MERSCORP, INC., ET AL,              )
                                                      )
    Defendants.              )

MATTERS CONSIDERED: Case management conference.

TOTAL TIME: 50 min.              *s/    Gwen Mackey*
                                                                              Courtroom Deputy Clerk