**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| STATE OF OHIO, *ex rel.* <br> DAVID P. JOYCE <br> PROSECUTING ATTORNEY OF <br> GEAUGA COUNTY, OHIO, <br><br>                    Plaintiff, <br><br>               v. <br><br> MERSCORP, INC., *et al.*, <br><br>                    Defendants. | Case No. 1:11-cv-02474 <br><br> Judge James S. Gwin |

**DECLARATION OF CHRISTIAN SIEBOTT REGARDING
COMPLIANCE WITH LOCAL RULE 7.1 AND CIVIL TRIAL ORDER**

Christian Siebott states as follows:

1. I am one of the Attorneys for Plaintiff State of Ohio, *ex rel.* David P. Joyce, Prosecuting Attorney of Geauga County, Ohio in the above-captioned civil action.

2. I offer this declaration in compliance with Rule 7.1 of the Local Rules for the Northern District of Ohio and this Court's Case Management Conference Plan/Order.

3. On January 28, 2012 this Court entered an order designating this matter for the standard track. *See* Case Management Conference Plan/Order (ECF No. 122).

4. Accordingly, I hereby certify that *Plaintiff's Memorandum of Law in Opposition to Certain Defendants' Joint Motion to Dismiss the Amended Complaint* filed contemporaneously herewith by Plaintiff State of Ohio, *ex rel.* David P. Joyce, Prosecuting Attorney of Geauga County, Ohio, adheres to the applicable page limitations set forth in the

Local Rules for the Northern District of Ohio and this Court's Case Management Conference Plan/Order dated January 28, 2012.

5. I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 21, 2012.

/s/ Christian Siebott  
Christian Siebott