IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, *ex rel.* DAVID P. JOYCE PROSECUTING ATTORNEY OF GEAUGA COUNTY, OHIO, <br><br> Plaintiff, <br><br> v. <br><br> MERSCORP, INC., *et al.*, <br><br> Defendants. | Case No. 1:11-cv-02474 <br><br> Judge James S. Gwin |

### DECLARATION OF CHRISTIAN SEIBOTT REGARDING COMPLIANCE WITH LOCAL RULE 7.1 AND CIVIL TRIAL ORDER

Christian Seibott states as follows:

1. I am one of the Attorneys for Plaintiff State of Ohio, *ex rel.* David P. Joyce, Prosecuting Attorney of Geauga County, Ohio in the above-captioned civil action.

2. I offer this declaration in compliance with Rule 7.1 of the Local Rules for the Northern District of Ohio and this Court's Case Management Conference Plan/Order.

3. On January 28, 2012 this Court entered an order designating this matter for the standard track. See Case Management Conference Plan/Order (Document 122).

4. Accordingly, I hereby certify that the *Plaintiff's Memorandum of Law in Opposition to Defendants Fifth Third, The Huntington National Bank, And KeyBank National Association's Motion to Dismiss* filed contemporaneously herewith by Plaintiff State of Ohio, *ex rel.* David P. Joyce, Prosecuting Attorney of Geauga County, Ohio, adheres to the applicable

page limitations set forth in the Local Rules for the Northern District of Ohio and this Court's Case Management Conference Plan/Order dated January 28, 2012.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2012

/s/ *Christian Siebott*
Christian Siebott

2