Motion granted 3/14/12.  Class certification discovery extended to 4/19/12, motion for class
certification due  4/9/12, opposition to be filed by 4/23/12 and reply due 4/30/12.
s/    James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STATE OF OHIO, ex rel.
DAVID P. JOYCE
PROSECUTING ATTORNEY OF GEAUGA
COUNTY, OHIO,                                        Case No. 1:11-cv-02474

        Plaintiff,
                                  Hon. James S. Gwin

    v.

MERSCORP, INC. et al.

        Defendants.

---

**JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**

       Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7.1(f) of the

Local Rules, Plaintiff Geauga County, Ohio ("Plaintiff") and Defendant Bank of America, N.A.

("BANA") (collectively, the "Parties"), respectfully request that the Court extend by two weeks

certain deadlines with respect to class certification proceeding contained in its Case Management

Conference Plan/Order.   The Parties submit that good cause exists for the requested relief, and

in support state as follows:

       1.     This is a putative class action lawsuit on behalf of all Ohio counties, which was

originally filed in the Court of Common Pleas for Geauga County on October 13, 2011 and

removed to this Court on November 14, 2011.