## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.* | ) | Case No. 1:11-cv-02474 |
| DAVID P. JOYCE | ) | |
| PROSECUTING ATTORNEY OF | ) | Judge James S. Gwin |
| GEAUGA COUNTY, OHIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERSCORP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2012, a copy of Plaintiff's Motion for Class

Certification and Appointment of the Class Representative and Class Counsel, Memorandum in

Support of Plaintiff's Motion for Class Certification and Appointment of The Class

Representative and Class Counsel, and Declaration of Christian Siebott in Support of Motion for

Class Certification and Appointment of Bernstein Liebhard LLP as Class Counsel, were filed

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to

the email addresses of all ECF participants.

Dated:  April 25, 2012

/s/ Christian Siebott
Stanley D. Bernstein*
Christian Siebott*
Stephanie M. Beige**
Sara P. Goodman*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414
(212) 779-3218 fax

* admitted *pro hac vice*
** *pro hac vice* admission pending