## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, ex rel. ) | CASE NO. 1:11-CV-02474 |
| DAVID P. JOYCE, ) | |
| PROSECUTING ATTORNEY OF GEAUGA ) | JUDGE JAMES S. GWIN |
| COUNTY, OHIO, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | |
| MERSCORP, INC. et al., ) | |
| ) | |
|     Defendants. ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE
### JOINT BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION
### FOR CLASS CERTIFICATION IN EXCESS OF LOCAL RULE 7.1 LIMIT

Pursuant to Local Rule 7.1(f) Defendants[1] file this unopposed motion respectfully

---

[1] Defendants are: Bank of America, CCO Mortgage Corporation, CitiMortgage, Inc., Citigroup Inc., Citibank, N.A., CoreLogic Real Estate Solutions, LLC, Corinthian Mortgage Corporation, Deutsche Bank National Trust Company, EverBank (mistakenly named as EverHome Mortgage Company in the original Complaint), Fifth Third Bank, GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation and improperly named herein as GMAC Residential Funding Corporation), Goldman Sachs Mortgage Company, GS Mortgage Securities Corp, Home Savings and Loan Company of Youngstown, HSBC Bank U.S.A., Huntingdon National Bank, N.A., JPMorgan Chase Bank, N.A., KeyBank N.A., MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., Nationwide Advantage Mortgage Company, PMI Mortgage Services Co., RBS Securities Inc., RBS Citizens, N.A., SunTrust Mortgage, Inc., MGIC Investor Services Corp., United Guaranty Corporation, U.S. Bank, N.A., and Wells Fargo Bank, N.A.

requesting that the Court permit them to file a joint brief of up to thirty-five (35) pages in opposition to Plaintiff's Motion for Class Certification And Appointment of the Class Representative and Class Counsel ("Class Motion"). Defendants submit that good cause exists for the requested relief, which Plaintiff does not oppose, and in support state as follows:

1. Plaintiff filed an Amended Class Action Complaint on January 17, 2012.

2. On April 23, 2012, Plaintiff filed the Class Motion.

3. Local Rule 7.1(f) provides that briefs for non-dispositive motions shall not exceed fifteen pages in length, but allows the Court to extend the page limit for "good cause." Defendants respectfully submit that good cause exists here for several reasons.

4. First, rather than file multiple separate briefs, Defendants have endeavored to prepare and file only a single joint opposition to the Class Motion. A single brief on behalf of the many defendants in this case will allow them to offer a streamlined, organized presentation of their arguments. Allowing them to file a brief in excess of Local Rule 7.1(f) limits will, therefore, reduce the amount of class certification briefing which the Court will receive, providing considerable efficiencies compared to the filing of numerous separate briefs about class certification issues.

5. Second, Defendants believe additional pages are needed given the nature of the Class Motion. Plaintiff seeks certification of a putative class consisting of all eighty-eight (88) Ohio counties; this request which raises numerous legal and practical issues about whether this case could be properly maintained as a class action under multiple provisions of Ohio law. Plaintiff also seeks certification of a class of Ohio counties under three, distinct provisions of Rule 23(b) (Rule 23(b)(1)(A), Rule 23(b)(2), and Rule 23(b)(3)). Defendants will need to separate brief each request. Finally, Plaintiff's motion implicates requests for a future injunction,

damages, and declaratory relief as to past events; each will need to be addressed.

6. Third, Defendants have recently obtained in discovery numerous documents and deposition testimony which they believe strongly support their legal arguments. Permitting them additional pages will allow them to explain these materials in appropriate detail for the Court.

7. Although Defendants have strived to present their arguments concisely, they believe the additional pages are necessary to allow them to adequately address the arguments in the Class Motion, present evidence obtained during class discovery, and otherwise explain why they believe class certification is inappropriate. This will better enable them to present the Court the arguments and materials needed for the "rigorous analysis" necessary to deciding class certification under Rule 23.[2]

8. Defendants seek the requested relief for good cause and in the interest of justice and economy, and do not intend to complicate or delay these proceedings. No party will be adversely impacted if this motion is granted.

9. Plaintiff does not oppose the relief sought.

For these reasons, Defendants respectfully request that the Court grant this Motion and allow Defendants to file a brief in opposition to class certification of up to thirty-five (35) pages.

/s/ Joseph F. Yenouskas
Thomas M. Hefferon (admitted *pro hac vice*)
Joseph F. Yenouskas (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave., NW, Suite 900
Washington DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: thefferon@goodwinprocter.com
          jyenouskas@goodwinprocter.com

/s/ Robert M. Brochin
Robert M. Brochin (admitted *pro hac vice*)
Andrew B. Boese (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com
          aboese@morganlewis.com

---

[2] *General Telephone Co. of Southwest v. Falcon*, 457 U.S. 147, 161 (1982); *Eldridge v. Cardif Life Ins. Co.*, 266 F.R.D. 173, 178 (N.D. Ohio 2010).

James S. Wertheim (0029464)
Barbara Friedman Yaksic (0014338)
Candice L. Musiek (0085924)
MCGLINCHEY STAFFORD PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
E-mail:  jwertheim@mcglinchey.com
         byaksic@mcglinchey.com
         cmusiek@mcglinchey.com

*Attorneys for Defendants Bank of America, CCO Mortgage Corporation, and EverBank (mistakenly named as EverHome Mortgage Company in the original Complaint)*

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

*s/ Jeremy Gilman*
Jeremy Gilman (0014144)
Kari B. Coniglio (0081463)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4565
Facsimile: (216) 363-4588
Email: jgilman@beneschlaw.com
       kconiglio@beneschlaw.com

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

| | |
|---|---|
| s/ P. Russell Perdew | /s/ Michael H. Carpenter |
| Thomas J. Cunningham (*pro hac vice*) | Michael H. Carpenter (0015733) |
| P. Russell Perdew (*pro hac vice*) | Katheryn M. Lloyd (0075610) |
| LOCKE LORD LLP | CARPENTER LIPPS & LELAND LLP |
| 111 South Wacker Drive | 280 Plaza, Suite 1300 |
| Chicago, Illinois 60606 | 280 North High Street |
| Telephone: (312) 443-1712 | Columbus, Ohio 43215 |
| Facsimile: (312) 896-6712 | Telephone: (614) 365-4100 |
| Email: rperdew@lockelord.com | Facsimile: (614) 365-9145 |
| | Email: carpenter@carpenterlipps.com |
| David A. Wallace (0031356) | |
| CARPENTER, LIPPS & LELAND LLP | *Attorneys for Defendant Nationwide Advantage Mortgage Company* |
| 280 Plaza, Suite 1300 | |
| 280 North High Street | |
| Columbus, Ohio 43215 | |
| Telephone: (614) 365-4100 | |
| Facsimile: (614) 365-9145 | |
| Email: wallace@carpenterlipps.com | |

*Attorneys for Defendant GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation and improperly named herein as GMAC Residential Funding Corporation)*

| | |
|---|---|
| s/ Anthony J. Coyne | /s/ Todd Kartchner |
| Anthony J. Coyne (0039605) | Todd Kartchner (*pro hac vice*) |
| Michael P. Quinlan (0066718) | FENNEMORE CRAIG P.C. |
| MANSOUR, GAVIN, GERLACK & MANOS CO., LPA | 3003 North Central Avenue, Suite 2600 |
| | Phoenix, AZ 85012 |
| 55 Public Square, Suite 2150 | Telephone: (602) 916-5000 |
| Cleveland, OH 44113-1994 | Facsimile: (602) 916-5999 |
| Telephone: (216) 523-1500 | Email: tkartchner@fclaw.com |
| Facsimile: (216) 523-1705 | |
| Email: acoyne@mggmlpa.com | *Attorneys for United Guaranty Corporation* |
|       mquinlan@mggmlpa.com | |

*Attorneys for Defendant MGIC Investor Services Corp.*

/s/ William D. Kloss, Jr.
William D. Kloss, Jr. (0040854)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6360
Facsimile: (614) 719-4807
Email: wdklossjr@vorys.com

Marcel C. Duhamel (0062171)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: mcduhamel@vorys.com

*Attorneys for Defendant, Corinthian Mortgage Corporation*

/s/ Kip T. Bollin
Kip T. Bollin (0065275)
James F. DeFeo (0079222)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
Email: kip.bollin@thompsonhine.com
       jim.defeo@thompsonhine.com

*Attorneys for PMI Mortgage Services Co.*

/s/ Thomas V. Panoff
Lucia Nale (admitted *pro hac vice*)
Thomas V. Panoff (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8821
Facsimile: (312) 706-8297
Email: lnale@mayerbrown.com
       tpanoff@mayerbrown.com

Amanda Martinsek (0058567)
Marquettes D. Robinson (0074268)
THACKER MARTINSEK LPA
2330 One Cleveland Center
1375 East 9th Street
Cleveland, Ohio, 44114
Telephone: (216) 456-3840
Facsimile: (216) 456-3852
Email: amartinsek@tmlpa.com
       mrobinson@tmlpa.com

*Attorneys for CitiMortgage, Inc., Citigroup Inc. and Citibank, N.A.*

/s/ Joseph A. Castrodale
Joseph A. Castrodale (0018494)
Richik Sarkar (0069993)
Matthew T. Wholey (0086550)
ULMER & BERNE LLP
Skylight Office Tower
1660 W. 2nd Street, Ste. 1100
Cleveland, Ohio 44113-1448
Telephone: (216) 583-7000
Facsimile: (216) 583-7353
Email: jcastrodale@ulmer.com
       rsarkar@ulmer.com
       mwholey@ulmer.com

*Attorneys for Defendant
 HSBC Bank U.S.A., N.A.*

/s/ James S. Wertheim
James S. Wertheim (0029464)
Barbara Friedman Yaksic (0014338)
Candice L. Musiek (0085924)
MCGLINCHEY STAFFORD PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
E-mail: jwertheim@mcglinchey.com
      byaksic@mcglinchey.com
      cmusiek@mcglinchey.com

*Counsel for CoreLogic Real Estate Solutions, LLC and SunTrust Mortgage, Inc. and co-counsel for Defendants Bank of America Corporation, CC Mortgage Corporation, and Everhome Mortgage Company*

/s/ Scott A. King
Scott A. King (0037582)
Terry W. Posey, Jr. (0078292)
THOMPSON HINE, LLP
Austin Landing I
10500 Innovation Drive, Suite 400
Dayton, Ohio 45342-4934
Telephone: (937) 443-6560
Facsimile: (937) 443-6635
Email: Scott.King@ThompsonHine.com
      Terry.Posey@ThompsonHine.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2012, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        /s/ James S. Wertheim  
                                                        James s. Wertheim

611287.1