**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF OHIO, *ex rel.,* DAVID P. JOYCE, | ) ) | CASE NO. 1:11-CV-02474 |
| | ) | |
| | ) | JUDGE JAMES GWIN |
| Plaintiff, | ) ) | |
| | ) | **DEFENDANTS' UNOPPOSED** |
| vs. | ) | **MOTION TO EXCUSE ATTENDANCE** |
| | ) | **OF PARTY REPRESENTATIVES AT** |
| MERSCORP, INC., *et. al.*, | ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 16.3(b)(1) and the Court's Case Management Conference Plan/ Order (Doc. No. 122), Defendants SunTrust Mortgage, Inc., CoreLogic Real Estate Solutions LLC, Bank of America Corporation, CCO Mortgage Corporation, Everhome Mortgage Company; MERSCORP, Inc., Mortgage Electronics Registration Systems, Inc., Home Savings & Loan Company of Youngstown, GMAC Residential Funding Corporation, MGIC Investor Services Corp., Nationwide Advantage Mortgage Company, United Guaranty Corporation, Corinthian Mortgage Corporation, PMI Mortgage Services Co., CitiMortgage, Inc., Citigroup, Inc. and Citibank, N.A., Fifth Third Bank, Deutsche Bank National Trust Company, Goldman Sachs Mortgage Company, GS Mortgage Securities Corp., The Huntington National Bank, N.A., KeyBank National Association, RBS Citizens, N.A., RBS Securities, N.A., HSBC Bank U.S.A., N.A., U.S. Bank, N.A., Wells Fargo Bank, N.A., JP Morgan Chase Bank, N.A. (collectively, "Defendants") respectfully request that the Court excuse their respective party representative's

personal attendance at the Case Management Conference ("CMC") scheduled for May 14, 2012. In the alternative, the parties request that parties be allowed to attend by telephone, relief which the Court granted for the January 26, 2012 conference. If the Court grants this relief, the defendants will set up a conference line with sufficient lines to facilitate the call with the court.

Defendants file this motion because the party representative for the vast majority of the defendants are located at considerable distances out of state.[1] Attendance at the CMC would therefore require substantial time and expense for airline travel, and possibly overnight stays. Counsel for each of the Movants will be attending the CMC in person and will have full authority to discuss all existing issues as well as full settlement authority or immediate access to someone with full settlement authority.[2]

Moreover, a Motion to Dismiss all claims is presently pending before the Court, as well as briefing with respect to jurisdictional issues, and also briefing with respect to class certification. Defendants believe that settlement will be more productive after those issues have been resolved.

Counsel for Defendants have conferred with counsel for Plaintiff, who has no objection to the requested relief.

For the reasons set forth above, Defendant respectfully request that this Court permit their party representatives not be required to attend the CMC.

---

[1] As an example the following defendants are located in the following locations: SunTrust - Florida; CoreLogic - Texas; BAC - California; CCO - Massachusetts; and Everhome - Florida. Other defendants are located all over the United States.

[2] Although given the dispositive legal question, it is unlikely settlement will be reached before there is a ruling on the Motion to Dismiss which remains pending.

2

/s/ Joseph F. Yenouskas
Thomas M. Hefferon (admitted *pro hac vice*)
Joseph F. Yenouskas (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave., NW, Suite 900
Washington DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: thefferon@goodwinprocter.com
  jyenouskas@goodwinprocter.com


James S. Wertheim (0029464)
Barbara Friedman Yaksic (0014338)
Candice L. Musiek (0085924)
MCGLINCHEY STAFFORD PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
E-mail: jwertheim@mcglinchey.com
  byaksic@mcglinchey.com
  cmusiek@mcglinchey.com

*Attorneys for Defendants Bank of America, CCO Mortgage Corporation, and EverBank (mistakenly named as EverHome Mortgage Company in the original Complaint)*


s/ P. Russell Perdew
Thomas J. Cunningham (*pro hac vice*)
P. Russell Perdew (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-1712
Facsimile: (312) 896-6712
Email: rperdew@lockelord.com

David A. Wallace (0031356)
CARPENTER, LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100

/s/ Robert M. Brochin
Robert M. Brochin (admitted *pro hac vice*)
Andrew B. Boese (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com
  aboese@morganlewis.com

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

s/ Jeremy Gilman
Jeremy Gilman (0014144)
Kari B. Coniglio (0081463)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4565
Facsimile: (216) 363-4588
Email: jgilman@beneschlaw.com
  kconiglio@beneschlaw.com

*Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.*

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
Katheryn M. Lloyd (0075610)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com

*Attorneys for Defendant Nationwide Advantage Mortgage Company*

Facsimile: (614) 365-9145
Email: wallace@carpenterlipps.com

*Attorneys for Defendant GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corporation and improperly named herein as GMAC Residential Funding Corporation) and U.S. Bank, N.A.*

s/ Anthony J. Coyne
Anthony J. Coyne (0039605)
Michael P. Quinlan (0066718)
MANSOUR, GAVIN, GERLACK & MANOS CO., LPA
55 Public Square, Suite 2150
Cleveland, OH 44113-1994
Telephone: (216) 523-1500
Facsimile: (216) 523-1705
Email: acoyne@mggmlpa.com
          mquinlan@mggmlpa.com

*Attorneys for Defendant MGIC Investor Services Corp.*

/s/ William D. Kloss, Jr.
William D. Kloss, Jr. (0040854)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6360
Facsimile: (614) 719-4807
Email: wdklossjr@vorys.com

Marcel C. Duhamel (0062171)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: mcduhamel@vorys.com

*Attorneys for Defendant, Corinthian Mortgage Corporation*

/s/ Todd Kartchner
Todd Kartchner (*pro hac vice*)
FENNEMORE CRAIG P.C.
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Email: tkartchner@fclaw.com

*Attorneys for United Guaranty Corporation*

/s/ Thomas V. Panoff
Lucia Nale (admitted *pro hac vice*)
Thomas V. Panoff (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8821
Facsimile: (312) 706-8297
Email: lnale@mayerbrown.com
          tpanoff@mayerbrown.com

Amanda Martinsek (0058567)
Marquettes D. Robinson (0074268)
THACKER MARTINSEK LPA
2330 One Cleveland Center
1375 East 9th Street
Cleveland, Ohio, 44114
Telephone: (216) 456-3840
Facsimile: (216) 456-3852
Email: amartinsek@tmlpa.com
          mrobinson@tmlpa.com

*Attorneys for CitiMortgage, Inc., Citigroup Inc. and Citibank, N.A.*

4

5

| | |
|---|---|
| */s/ Kip T. Bollin* | */s/ Joseph A. Castrodale* |
| Kip T. Bollin (0065275) | Joseph A. Castrodale (0018494) |
| James F. DeFeo (0079222) | Richik Sarkar (0069993) |
| THOMPSON HINE LLP | Matthew T. Wholey (0086550) |
| 3900 Key Center | ULMER & BERNE LLP |
| 127 Public Square | Skylight Office Tower |
| Cleveland, OH 44114-1291 | 1660 W. 2nd Street, Ste. 1100 |
| Telephone: (216) 566-5500 | Cleveland, Ohio 44113-1448 |
| Facsimile: (216) 566-5800 | Telephone: (216) 583-7000 |
| Email: kip.bollin@thompsonhine.com | Facsimile: (216) 583-7353 |
| jim.defeo@thompsonhine.com | Email: jcastrodale@ulmer.com |
| | rsarkar@ulmer.com |
| *Attorneys for PMI Mortgage Services Co.* | mwholey@ulmer.com |
| | |
| | *Attorneys for Defendant* |
| | *HSBC Bank U.S.A., N.A.* |
| | |
| */s/ James S. Wertheim* | */s/ Scott A. King* |
| James S. Wertheim (0029464) | Scott A. King (0037582) |
| Barbara Friedman Yaksic (0014338) | Terry W. Posey, Jr. (0078292) |
| Candice L. Musiek (0085924) | THOMPSON HINE, LLP |
| MCGLINCHEY STAFFORD PLLC | Austin Landing I |
| 25550 Chagrin Boulevard, Suite 406 | 10500 Innovation Drive, Suite 400 |
| Cleveland, Ohio 44122-4640 | Dayton, Ohio 45342-4934 |
| Telephone: (216) 378-9905 | Telephone: (937) 443-6560 |
| Facsimile: (216) 378-9910 | Facsimile: (937) 443-6635 |
| E-mail:  jwertheim@mcglinchey.com | Email: Scott.King@ThompsonHine.com |
| byaksic@mcglinchey.com | Terry.Posey@ThompsonHine.com |
| cmusiek@mcglinchey.com | |
| | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| *Counsel for CoreLogic Real Estate Solutions, LLC and SunTrust Mortgage, Inc. and co-counsel for Defendants Bank of America Corporation, CCO Mortgage Corporation, and Everhome Mortgage Company* | |

/s/ W. Stuart Dornette_____
Stephen M. O'Bryan (0009512)
W. Stuart Dornette (0002955)
Beth A. Bryan (0082076)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: (216) 241-2838
Facsimile: (216) 241-3707


R. Bruce Allensworth (pro hac vice)
Brian M. Forbes (motion for pro hac vice pending)
Ryan M. Tosi (pro hac vice)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
E-mail: bruce.allensworth@klgates.com
         brian.m.forbes@klgates.com
         ryan.tosi@klgates.com


*Counsel for Defendants Goldman Sachs Mortgage Company and GS Mortga Securities Corp.*

/s/ Dale H. Markowitz_____
Dale H. Markowitz, Esq. (#0016840)
dmarkowitz@tddlaw.com
Todd C. Hicks, Esq. (#0063255)
thicks@tddlaw.com
THRASHER, DINSMORE & DOLAN
100 7th Avenue, Suite 150
Chardon, Ohio 44024-1079
(440) 285-2242
Fax: (440) 285-9423

Co-counsel for Home Savings and Loan Company of Youngstown

/s/ Nelson M. Reid_____
Nelson M. Reid        (0068434)
Daniel C. Gibson      (0080129)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
Facsimile: (614) 227-2390
Email: nreid@bricker.com
        dgibson@bricker.com

Mary Beth Hogan, Esq. (*pro hac vice*)
Dino L. LaVerghetta, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6996
Facsimile: (212) 909-6836
Email: mbhogan@debevoise.com
        dllaverg@debevoise.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

/s/ Max B. Chester_____
Max B. Chester
Foley & Lardner LLP
777 E. Wisconsin Ave
Milwaukee, WI 53201
Telephone: (414) 297-5573
Facsimile: (414) 297-4900
Email: mchester@foley.com

*Attorneys for Defendant MGIC Investor Service Corp.*

6

| | |
|---|---|
| /s/ Thomas Gacse<br>Thomas Gacse, Esq. (#0008715)<br>TGacse@homesavings.com<br>Home Savings and Loan Company of Youngstown<br>275 Federal Plaza West<br>Youngstown, Ohio 44501-1111<br>Co-counsel for Defendant Home Savings and Loan Company of Youngstown | */s/ Brett A. Wall*<br>*Daniel R. Warren (0054595)*<br>*Brett A. Wall (0070277)*<br>*Lisa M. Ghannoum (0080950)*<br>*BAKER & HOSTETLER LLP*<br>*PNC Center*<br>*1900 East 9th Street, Suite 3200*<br>*Cleveland, Ohio 44114-3482*<br>*Telephone: 216.621.0200*<br>*Facsimile: 216.696.0740*<br>Email:  dwarren@bakerlaw.com<br>bwall@bakerlaw.com<br>lghannoum@bakerlaw.com<br><br>*Attorneys for Defendants Fifth Third Bank, KeyBank National Association, and The Huntington National Bank* |
| */s/ Hugh E. McKay*<br>Hugh E. McKay (0023017)<br>**Porter Wright Morris & Arthur, LLP**<br>925 Euclid Avenue, Suite 1700<br>Cleveland, Ohio 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011<br>hmckay@porterwright.com<br><br>*Attorneys for Defendant Deutsche Bank National Trust Company* | |
| | */s/ James S. Wertheim*<br>James S. Wertheim |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion to Permit Telephonic Attendance at Case Management Conference* was filed electronically on May 2, 2012. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

>                          */s/James S. Wertheim*
>                          James S. Wertheim

611266.1