# **Exhibit Index**

| Exhibit Number | Exhibit |
|---|---|
| 1 | Memorandum from David P. Joyce to Ohio County Prosecuting Attorneys (Jan. 6, 2012) |
| 2 | Deposition of Sharon Gingerich (Apr. 24-25, 2012) |
| 3 | E-mail from Zach Holzapfel to Tammy Barger (Feb. 24, 2012) |
| 4 | Minutes from the Ohio Recorders' Association Legislative Meeting (Dec. 14, 2011) |
| 5 | Minutes from the Ohio Recorders' Association Legislative Meeting (Oct. 19, 2011) |
| 6 | Minutes from the Ohio Recorders' Association Executive Committee Meeting (Dec. 14, 2011) |
| 7 | Minutes from the Ohio Recorders' Association Legislative Meeting (Dec. 15, 2010) |
| 8 | E-mail from Rick Campbell to Danny Crank (Dec. 20, 2011) |
| 9 | E-mail from Roger Gates to Denise Goll (Dec. 20, 2011) |
| 10 | Declaration of Patrick McCallister |
| 11 | 1962 Ohio Atty. Gen. Op. No. 2850 (Mar. 2, 1962) |
| 12 | Letter from Stanley D. Bernstein to David Joyce (Oct. 6, 2011) |
| 13 | Allen H. Jones, *Setting the Record Straight on MERS*, Mortgage Banking (May 2011) |
| 14 | Howard Schneider, *MERS aids electronic mortgage market*, Mortgage Banking (Jan. 1, 1997) |
| 15 | R.K. Arnold, *Yes, There is Life on MERS*, 11 Prob. & Prob. 33 (1997) |

| 16 | Ohio Atty. Gen. Op. No. 98-036 (Nov. 17, 1998) |
| --- | --- |
| 17 | Letter from Scott Nusbaum to the Ohio Attorney General (Oct. 29, 2001) |
| 18 | Complaint, *State of Ohio, ex rel. Jessica Little Prosecuting Attorney of Brown County, Ohio v. MERSCORP, Inc., et al.*, No. 1:12-cv-0074 (S.D. Ohio) |