# **Exhibit 3**

## Zach Holzapfel

**From:** Zach Holzapfel
**Sent:** Friday, February 24, 2012 4:34 PM
**To:** 'Tammy Barger'
**Subject:** RE: questions

Tammy,

I deeply apologize for the long delay. We are still trying to wrap our head around the direction to go. I have asked for a meeting with the Prosecutor's Association... I believe that we need to work in consultation and the determination to add a respective county to the suit is and should be determined by the County elected officials. I know that does not help but I am trying to get a clearer answer...

Z -

**From:** Tammy Barger [mailto:tammy.barger@mercercountyohio.org]
**Sent:** Thursday, February 02, 2012 2:01 PM
**To:** Zach Holzapfel
**Subject:** questions

Zach,
My prosecutor received a letter asking if Mercer wants to be included in the class action against MERS. I had given her the copy of the information that we received at one of our meetings and she called me to ask if I wanted her to pursue it. I said I would get with you to see what others have done and if you thought it would be a good idea.

Also....I am working on a grant through the Ohio Historical Society for $3,000.00 and was wondering if anyone has gone ahead with the grant that we had the meeting on. I haven't heard anything about that. Do you know? I called Cathy and she hadn't heard anything.

Thanks so much for your time.
Have a great day!

Tamara K. Barger
Mercer County Recorder
101 N. Main St.
Rm 203
Celina, OH 45822

Phone # 419-586-4232
Fax # 419-586-3541