**Exhibit 4**

partnership for the betterment of county local/state government they will provide a low interest loan for ten years. The committee decided that there needs to be meetings to explain all of this to all involved or interested counties. Robin Edwards made a motion that Danny set up meetings with all interested counties, seconded by Patsy Mealer. They will find out which counties are already involved by putting this on the list serve. Motion approved.

**CONTINUING ED** Robin Edwards is going to speak to Sandy Micheli about doing a continuing ed program on RFPs.

**MERS** The committee has had word from the Geauga County Prosecutor that the activity concerning the MERS lawsuit is increasing in several counties. Judy Nedwick would like the legislative committee to change our next meeting to coincide with the Prosecutors meeting on January 19 at the Athletic Club. Committee believes that it is best for only 2-3 committee members to meet with Prosecutors, this way we would not be able to vote but to bring it back and share. Committee agreed to meet on the 19th time tba. to allow some members to attend Prosecutors meeting. The Prosecutors meeting will pertain to the MERS lawsuit. Danny is not comfortable taking a stand against MERS without the backing of the Prosecutors. Danny asked that no individual do anything in the name of the association without contacting the legislative committee. Sharon Gingerich would like to see Zach fight this issue federally. Zach would have to register as a federal lobbyist. Robin stated that her Prosecutor questions whether this should be an Attorney General issue rather than a class action suit especially since the counties are out of money. Zach agreed with this.

**SB117** This will be reviewed next meeting.

**HB388** Zach believes there will be some statutory change that may possibly omit libraries, teachers etc. Their objective is that managers of local and state functions should not be able to be rehired after retiring. Zach will ask questions at OCCO about whether they will be making a push on this issue on behalf of all county electeds.

**Standards** Adoption of standards, should we be included with the Auditor and Engineer in the development of these. We will discuss this at a later meeting.