# **Exhibit 6**

Rick brought up the subject of the marketing piece that was put together by Fidlar Technologies. This was shown at the most recent PRIA meeting and is being offered to the ORA at no charge. It is a public relations piece that is not directed to Recorders specifically, but can be used by Recorders. Wayne said perhaps this might be something that could be offered as a CE credit and by doing so it may be an incentive for Fidlar to become an associate member in the ORA. Rick said he would contact Sandy Micheli about possibly setting up a CE credit for the Fidlar presentation. Rick said the presentation would run approximately 40 minutes.

Rick said he would amend the member/non-member dues form for 2012 for those who do not pay standard dues and send it to Wayne.

There was a brief discussion about the ORA meeting calendar. Rick said he would get specific dates put in place for Spring CE and the legislative luncheon.

Danny Crank joined the meeting to give a report from the Legislative Committee. He said Judy Nedwick will serve as Vice Chair of the Legislative Committee. The Legislative Committee will meet the third Wednesday of each month. Danny said he would send the cleanup bill to Sandy Barber for review.

Danny also mentioned that SB 117 dealt mostly with trustee issues and would not really affect the association. He did say HB 138 that deals with public employees retiring and being rehired would be of interest to the association. He said he will be developing some talking points on this issue before he approaches the legislature.

The Legislative Committee will be meeting again on January 19, 2012 in conjunction with a meeting scheduled with the Prosecuting Attorney's Association. The meeting with the Prosecuting Attorneys concerns the current MERS class action suit brought by the Geauga County Prosecutor. Danny was unsure if the entire committee would meet with the Prosecuting Attorney's Association or if it would be just two or three committee members. Danny wanted to make sure the Prosecuting Attorney's Association understood that the suit was not being driven by the Recorder's Association. He did say that he would inform the Prosecuting Attorney's Association that the ORA would support the prosecutors if they wanted to become involved.