# **Exhibit 7**

a foreclosure that MERS interest is assigned out to servicer. Sandy inquired as to whether there has been any input from PRIA NRAC or IACREOT to which Deborah replied that there has not.

There are only a couple of sponsors so far. Dan Crank asked that our lobbyist be kept posted.

**Dan Crank** discussed conference call with PRIA. Their stance is that we cannot do away with MERS 60% of mortgages are MERS. Karen Cougar states that we've lost billions since the inception of MERS. Mark Monticelli does not support national recording system. There was discussion about nationally that legal descriptions have been a problem with some states using addresses for legals. MERS says the current recording system could not handle the volume of assignments. They are trying to set up meetings with IACREOT, NRAC, and NACO in Ohio. The consensus is that we need to work together with other entities and be more aggressive with electronic filings. We need to meet with Auditors, Treasurers and Engineers. Topic at next PRIA will be national PIN number system.

## Continuing Education Bill
Cathy Recker made a motion to have Zach attach amendment as written in LSC128 2003-1 to budget bill and introduce as a stand alone. Karen Vincent 2nd the motion. All approved.

## Internet Bill
Sandy Barber asked for a motion to move forward with the legislation (LSC1282617-1). Rick Campbell questioned whether or not the language was clear enough to ensure that the money will go to the Recorder. After some discussion it was agreed that it is. There was further discussion and decided that a change was needed in line 75. To change from "Commercial user" means a person to may mean a person. Also change line 84 which says may to shall, which will mandate that everyone charge the $1.00 for copies from the internet, and to add surveyor to list of commercial users.
**Motion** was made by Wayne Coates and 2nd by Judy Nedwick to move forward with the legislation with corrections as an attachment to the budget bill and as a stand alone. All approved except for