# **Exhibit 8**

| | |
|---|---|
| From: | "Rick & Lisa Campbell" <lreight@sssnet.com> |
| To: | Danny Crank Legislative Chair <crankdn@butlercountyohio.org> |
| Date: | 12/20/2011 10:09 AM |
| Subject: | Fwd: Mers |

Danny,
Could you reply to Mona on the Mers issue or give her a call. Her prosecutor is putting pressure on her to do somthing.
Thanks,
RIck

---------- Forwarded message ----------
From: Mona S Losh <mlosh@allencountyohio.com>
Date: Mon, Dec 19, 2011 at 2:08 PM
Subject: Re: Mers
To: Rick & Lisa Campbell <lreight@sssnet.com>

\*\*
Does the executive committee have an opinion yet on whether my prosecutor should join the MERS lawsuit? (FYI, he doesn't believe the ruling will be in our favor.)

Mona S. Losh
Allen County Recorder
301 North Main Street
Suite 204
Lima, Ohio 45801

PH: 419-223-8517
FAX: 419-223-8555
WEB: http://www.co.allen.oh.us/recorder/rec.php

----- Original Message -----
*From:* Rick & Lisa Campbell <lreight@sssnet.com>
*To:* mlosh@allencountyohio.com
*Sent:* Wednesday, December 07, 2011 11:51 AM
*Subject:* Mers

We will talk about this Friday in executive mtg. Thank you. I will let you know as soon as possible.
Rick

ORA 00792